# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | Case No. 04-3169-01-CR-S-GAF |
| ) | |
| **GEORGE E. PUCKETT,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Now pending before the Court is defendant's Motion to Suppress in which he alleges that all evidence seized at his residence on January 30, 2004, should be suppressed. Defendant argues that the affidavit filed in support of the search warrant contained deliberately false and/or reckless misstatements and material omissions.

United States Magistrate Judge James C. England conducted an evidentiary hearing on May 26, 2005. On June 27, 2005, Judge England issued his Report and Recommendation. On August 9, 2005, defendant filed his objections to the Report and Recommendation.

Upon careful and independent review of the pending motion, defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge James C. England.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence is DENIED.

SO ORDERED.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED:   August 11, 2005